# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GARRISON REALTY, L.P. | § | |
| | § | |
| vs. | § | CASE NO. 2:10-CV-576-TJW-CE |
| | § | |
| FOUSE ARCHITECTURE & INTERIORS P.C. | § § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 35) has been presented for consideration. The report recommends that the court deny Defendant's motions to dismiss and motion to stay. No objections to the Magistrate Judge's report were filed.

The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this court. Accordingly, it is ORDERED that Defendant's motions to dismiss and motion to stay are DENIED.

SIGNED this 23rd day of August, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE